Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio




★ ★ ★        ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00300-CV

**IN RE** Carlos M. **FAZ**, Jr.

Original Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice

Delivered and Filed: April 28, 2010

PETITION FOR WRIT OF HABEAS CORPUS DENIED

In his petition for writ of habeas corpus, Carlos M. Faz, Jr. contends he is being denied good conduct and manual labor credits in relation to an order holding him in civil contempt. The Texas Supreme Court has recognized that good time credits do not apply to coercive civil contempt orders. *Ex parte Acly*, 711 S.W.2d 627, 628 (Tex. 1986); *see also In re Parks*, 264 S.W.3d 59, 61 n.1 (Tex. App.—Houston [1st Dist.] 2007, orig. proceeding); *Ex parte Harrison*, 741 S.W.2d 607, 609 (Tex. App.—Austin 1987, orig. proceeding) (rejecting equal protection argument). Accordingly, Faz's petition for writ of habeas corpus is denied.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2000EM502489, styled *In re S.N.F.*, *et al.*, pending in the 45th Judicial District Court, Bexar County, Texas, Associate Judge Delia Carian, presiding.